

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00360-CR

Bert **VILLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR1598
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgments are MODIFIED to delete the mark in the box on the second page of the judgments selecting the following option: "The Court **ORDERS** Defendant punished in accordance with the judgment and sentence originally entered in this cause." The judgments are further modified by marking the box on the second page of the judgments selecting the following option: "Finding it to be in the interest of justice, the Court **ORDERS** Defendant punished in accordance with the reformed judgment and sentence indicated above." The judgments are AFFIRMED AS MODIFIED.

SIGNED March 11, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice